**PORTWOOD et al. v. TOWN OF SNYDER et al.**

No. 17407—Opinion Filed Oct. 19, 1926.

Rehearing Denied Jan. 4, 1927.

(Syllabus.)

**Appeal and Error—Failure to File Motion for New Trial—Dismissal.**

Where it is necessary to file a motion for

a new trial, and the same is not done, the appeal will be dismissed.

Error from District Court, Kiowa County; E. L. Mitchell, Judge.

Action between C. M. Portwood et al. and the Town of Snyder et al. Judgment for the latter, and the former bring error. Dismissed.

Geo. L. Zink, for plaintiffs in error.

S. D. Bailey, for defendants in error.

PER CURIAM. This case was heard upon issues joined upon the pleadings, oral and documentary evidence, by the district court of Kiowa county, and judgment rendered for defendant in error, who now moves this court to dismiss the appeal on the ground that plaintiff in error failed to file a motion for a new trial. A motion for a new trial was necessary and the record fails to disclose that such a motion was filed. The filing and disposition of a motion for a new trial was indispensable to bring this appeal before this court for review. Buchanan et al. v. Fant, 110 Okla. 206, 238 Pac. 962.

The appeal is dismissed.

Note.—See 4 C. J. p. 570, §2380.